UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD STROTHER, No. 12594-078

    Petitioner,

v.

D. SPROUL, Warden, FCI-Marion,

    Respondent.

Case No. 24-cv-1932-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Reginald Strother's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed, that judgment is entered in favor of respondent D. Sproul, Warden, FCI-Marion, and against petitioner Reginald Strother, and that this case is dismissed with prejudice.

**DATED: August 28, 2024**       MONICA A. STUMP, Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**